UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUVEN UZUN,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDICAL BOARD OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No.  26-cv-01023-PCP<br><br>**ORDER TO SHOW CAUSE** |

The Court has received plaintiff Guven Uzun's complaint and motion for preliminary injunction. Dkt. Nos. 1, 3. The Court will hear plaintiff's motion for preliminary injunction on February 27, 2026, at 3:00 p.m. The hearing will be conducted via Zoom.

Plaintiff is ordered to show cause as to why this suit should not be dismissed, or transferred to the Central District of California, for improper venue. *See* 28 U.S.C. §§ 1391(b), 1406(a); *Costlow v. Weeks*, 790 F.2d 1486, 1488 (9th Cir. 1986). Plaintiff shall show cause within two weeks of the filing of this order.

**IT IS SO ORDERED.**

Dated: February 9, 2026

_____
P. Casey Pitts
United States District Judge